In the Matter of the Estate of ELLIS H. ELIAS, Deceased. WILLIAM M. ELIAS et al., Appellants; MAGGIE LEWIS et al., Respondents.

*Matter of Elias,* 60 App. Div. 630, appeal dismissed.
(Argued June 23, 1903; decided October 6, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 7, 1901, which affirmed an order of the New York County Surrogate's Court denying a motion to vacate a sale by the public administrator of New York county of certain assets of the estate of Ellis H. Elias, deceased.

*Franklin Bien* for appellants.

*Frederick B. Woodruff, William N. Cohen, Porte V. Ransom* and *Frank W. Arnold* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, VANN, CULLEN and WERNER, JJ. Absent: MARTIN, J.